CHARLES COTESWORTH PINCKNEY, JR., Appellant, *v.* ALBERT M. DARLING, as Sheriff of Suffolk County, Respondent.

*Pinckney* v. *Darling*, 3 App. Div. 553, affirmed.
(Argued March 8, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1896, affirming a judgment in favor of defendant entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*John M. Bowers* and *L. G. Reed* for appellant.

*Treadwell Cleveland* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

THE CITIZENS' NATIONAL BANK OF ADAMS, Appellant, *v.* HARRISON FULLER, Respondent.

*Citizens' Nat. Bank of Adams* v. *Dwight*, 9 App. Div. 630, affirmed.
(Argued March 9, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1896, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury, and granting a new trial.

*John Lansing* for appellant.

*E. C. Emerson* and *Henry Purcell* for respondent.

Judgment affirmed, and judgment absolute ordered for defendant on the stipulation, with costs, on authority of *Sinclair* v. *Fuller* (158 N. Y. 607).